IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Criminal Action No. 06-00255-01/02-CR-W-GAF

JASON BRANCH, SR. and
KAREN WEATHERS,

        Defendants.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Using the name J.E. Capital Group, the defendants are alleged to have sold various investment products and loans. In connection with the solicitation of investors and the sale of these products, the defendants are charged with conspiracy to commit mail and wire fraud (Count 1); mail fraud (Counts 2-3); wire fraud (Counts 4-9) conspiracy to commit money laundering (Count 10) and money laundering (Counts 11-15)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Curt Bohling
    Case Agent: Special Agent Janet Lintner of the FBI
    Defense: Bruce Simon for defendant Jason Branch, Sr
                  Travis Poindexter for defendant Karen Weathers

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 30-32 with stipulations; 30-35 without stipulations
    Defendant Branch: 1 witness, possibly the defendant
    Defendant Weathers: 6 witnesses, including defendant

**TRIAL EXHIBITS**
    Government: 200 exhibits
    Defendant: 0 for defendant Branch; 15 for defendant Weathers

**DEFENSES**: Lack of specific intent and general denial

**POSSIBLE DISPOSITION**:

(X ) Definitely for trial;    ( ) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME: 8-9 days**
  Government's case including jury selection: 6-7 days
  Defendant Branch:   ½ day or less if he testifies
  Defendant Weathers: 1- 1 ½ days

**STIPULATIONS**: The parties are working on stipulations for 3 records custodians

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

  **Witness and Exhibit List**
  Government: Friday before the pretrial conference
  Defense: Friday before the pretrial conference
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday April 18, 2007**
  **Please Note**: Jury instructions must comply with Local Rule 51.1

  **Motion in Limine:** Defendant Karen M Weathers Motion In Limine, doc. #32 (Defendant seeks to exclude references to her convictions that are more than 10 years old.**)**

**TRIAL SETTING**: Criminal jury trial docket commencing April 23,  2007.

**IT IS SO ORDERED.**

_____/s/_____
SARAH W. HAYS
United States Magistrate Judge